Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Louis Amps, Jr.

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-98-05021-04 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **RESET HEARING DATE** |
| vs. ) | |
| ) | |
| LOUIS AMPS, JR., ) | |
| ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE to reset the sentencing hearing currently set in this matter for September 4, 2007 to September 17, 2007 at 9:00 a.m., to allow the parties to pursue negotiations, and complete discovery and investigations in preparation for sentencing.

**SO STIPULATED.**

Dated: August 29, 2007                McGREGOR W. SCOTT
                                      United States Attorney


                                      By:   /s/ Dawrence W. Rice
                                            DAWRENCE W. RICE
                                            Assistant U.S. Attorney


Dated: August 29, 2007                      /s/ Carolyn D. Phillips
                                            CAROLYN D. PHILLIPS
                                            Attorney for Defendant Louis Amps, Jr.

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Amps, CR F -98-05021 AWI*    1

## ORDER

IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Amps</u>, Case No. 98-05021 be reset from September 4, 2007 at 9:00 a.m., to September 17, 2007 at 9:00 a.m.

Dated: 8-30-07

ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

*Stipulation and Order to Reset Hearing Date;*
*U.S. v. Amps, CR F -98-05021 AWI     2*