IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-98-5021  AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| LOUIS AMPS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE to reset the sentencing hearing currently set in this matter for September 17, 2007 to October 1, 2007 at 9:00 a.m., to allow the parties to pursue negotiations, and complete discovery and investigations in preparation for sentencing.

**SO STIPULATED.**

Dated:  September 12, 2007       McGREGOR W. SCOTT
                                  United States Attorney


                                  By:      /s/ Dawrence W. Rice
                                       DAWRENCE W. RICE
                                       Assistant U.S. Attorney


Dated:  September 12, 2007              /s/ Carolyn D. Phillips

                                  CAROLYN D. PHILLIPS
                                  Attorney for Defendant Louis Amps, Jr.

***ORDER***

*IT IS ORDERED that the sentencing hearing in the matter of* <u>United States v. Amps</u>*, Case No. 98 CR 05021 be reset from September 17, 2007 at 9:00 a.m., to October 1, 2007 at 9:00 a.m.*

*IT IS SO ORDERED.*

*Dated:   **September 13, 2007**              /s/ Anthony W. Ishii*
                                              *UNITED STATES DISTRICT JUDGE*