*Stipulation and Order to Reset Hearing Date;*

*U.S. v. Amps, CR F -98-05021 AWI*                     1

Carolyn D. Phillips #103045

Attorney at Law

P.O. Box 5622

Fresno, California  93755-5622

559/248-9833


Attorney for Louis Amps, Jr.


# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-98-05021-04 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| LOUIS AMPS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

   THE PARTIES HEREBY STIPULATE to reset the sentencing hearing currently set in this matter for October 1, 2007 to October 15, 2007 at 9:00 a.m. Mr. Amps is currently in state custody serving a sentence for a state probation violation.  He is incarcerated at the Fresno County Jail.  This state probation violation arose from the same facts which formed basis for the federal violations of supervised release for which Mr. Amps is yet to be sentenced.   Unless Mr. Amps is transported from state custody to this court by of a writ of habeas corpus ad prosequendum, Mr.

*Amps will remain in state custody until early December 2007.  It should be noted that Mr. Amps and his counsel had anticipated that any federal sentence for the violation of supervised release would be served concurrently with any state sentence.*

In the mean time the parties have agreed to reset the sentencing hearing in this matter to October 15, 2007 at 9:00 a.m.

**SO STIPULATED.**

Dated:  September 27, 2007          McGREGOR W. SCOTT
                                    United States Attorney


                                    By:    /s/ Dawrence W. Rice
                                           DAWRENCE W. RICE
                                           Assistant U.S. Attorney


Dated:  September 27, 2007                 /s/ Carolyn D. Phillips
                                           CAROLYN D. PHILLIPS
                                           Attorney for Defendant Louis Amps, Jr.



***ORDER***

IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Amps</u>, Case No. 98-05021 be reset from October 1, 2007 at 9:00 a.m., to October 15, 2007 at 9:00 a.m.


   IT IS SO ORDERED.

   **Dated:   September 28, 2007           /s/ Anthony W. Ishii**
                                           UNITED STATES DISTRICT JUDGE