*Stipulation and Order to Reset Hearing Date;*

*U.S. v. Amps, CR F -98-05021 AWI*        1

*Carolyn D. Phillips #103045*

*Attorney at Law*

*P.O. Box 5622*

*Fresno, California  93755-5622*

*559/248-9833*

*Attorney for Louis Amps, Jr.*

### IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-F-98-05021-04 AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| vs. | ) | |
| | ) | |
| LOUIS AMPS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

   THE PARTIES HEREBY STIPULATE to reset the sentencing hearing currently set in this matter for December 10, 2007, to January 7, 2008 at 9:00 a.m., for the convenience of the parties and their counsel.

Dated:  December 5, 2007               McGREGOR W. SCOTT
                                       United States Attorney

                                                  By:    /s/ Dawrence W. Rice

                                                          DAWRENCE W. RICE
                                                          *Assistant U.S. Attorney*

*Dated: December 5, 2007*                        /s/ Carolyn D. Phillips

                                                          CAROLYN D. PHILLIPS
                                                          *Attorney for Defendant Louis Amps, Jr.*

### ***ORDER***

      IT IS ORDERED that the sentencing hearing in the matter of <u>United States v. Amps</u>, Case No. 98-05021 be reset from December 10, 2007 at 9:00 a.m., to January 7, 2008 at 9:00 a.m.

      IT IS SO ORDERED.

**Dated:   December 6, 2007**                      **/s/ Anthony W. Ishii**
                                                         *UNITED STATES DISTRICT JUDGE*