Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Louis Amps Jr. |
| **Docket Number:** | 1:98CR05021-04 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/09/1998 |
| **Original Offense:** | 21 USC 841(a)(1), Distribution of Cocaine Base (CLASS B FELONY) |
| **Original Sentence:** | 97 months Bureau of Prisons; 48 months supervised release; $100 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol testing and treatment; 3) Aftercare co-payment; 4) Cell phone/pager restrictions; and 5) alcohol restrictions |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 09/24/2004 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carolyn Phillips    **Telephone:** (559) 442-3111 |
| **Other Court Action:** | |

<u>06/18/2007</u>: Court issued Petition for Summons on violation of supervised release, to wit: <u>Charge 1</u>: Possession of a Controlled Substance (cocaine base/marijuana) ; and <u>Charge 2</u>: Unlawful Use of a Controlled Substance.

**RE:    Louis Amps Jr.
Docket Number: 1:98CR05021 AWI
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| <u>07/27/2007</u>: | Superseding Petition for Summons signed by Court accepting <u>Charge 3</u>: Possession of a Controlled Substance (marijuana) as basis for violation of supervised release. |
| <u>01/07/2008</u>: | <u>Sentencing</u>:  Supervised release continued with all previously ordered conditions to remain in full force and effect with modification, to wit: 120 days community corrections center. |
| | In addition, the Court tolled time from 08/15/2007 through 12/09/2007.  New expiration date: 01/27/2009. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, to wit: Turning Point's Comprehensive Sanction Center (CSC) for an **additional 30 days**; to be served in addition to the 120 days previously ordered, for a total commitment of 150 days.  The defendant shall continue paying cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On March 23, 2008, the supervisee was instructed by CSC staff to submit to a urine test following his return to the facility from a job searching pass; the urine sample analyzed by Kroll Laboratories tested positive for the use of Ethanol (alcohol).

On March 31, 2008, the undersigned officer met with the supervisee and his case manager at CSC to discuss the incident report and the allegation that he consumed alcohol while on a job searching pass.  The supervisee initially reported using mouthwash prior to submitting a urine sample.  "I must of swallowed some of the mouthwash."  After some discussion, the supervisee admitted consuming one and a half 24 ounce of Bud Light.

**RE:    Louis Amps Jr.
        Docket Number:  1:98CR05021 AWI
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Based on the laboratory analysis from Kroll, the information in the incident report, and the supervisee's admission (witnessed by case manager Montejano), it has been proven that the supervisee is in violation of special condition no. 5, to wit: *"The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale."*

On April 7, 2008, the undersigned officer met with the supervisee at CSC at which time he signed the *Report of Positive Drug Test* (attached) admitting consumption of alcohol.  In addition, the supervisee agreed and signed the *Probation Form 49* (attached) to the modification of his special conditions to include the above recommended condition.

                         Respectfully submitted,

                         /s/ Jose T. Pulido

                         **Jose T. Pulido
                         United States Probation Officer**
                         Telephone:  (559) 499-5725

**DATED:**     April 8, 2008
               Fresno, California
               jtp


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                     **BRUCE A. VASQUEZ
                     Supervising United States Probation Officer**

**RE:    Louis Amps Jr.
       Docket Number:  1:98CR05021 AWI
       <u>PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    April 11, 2008**                           /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE